# Ogletree
# Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973.656.1600
Facsimile: 973.656.1611
www.ogletreedeakins.com

Michael Nacchio
973.630.2328
michael.nacchio@ogletreedeakins.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/20

January 7, 2020

**Via ECF**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10601-4150

*So ordered. The conference previously scheduled for January 10, 2020 is adjourned to March 6, 2020 at 10:00 AM.*

*[signature]*
*1-8-2020*

Re: Denita Govia v. Evolv Solutions, LLC et al, Antonio Gonzalez, Andres Morales, Daniel Strohman, and Caress Gonzalez
Docket No. 16 Civ. 7442 (AKH)

Dear Judge Hellerstein:

This firm represents Defendant Evolv Solutions LLC ("Evolv"). Evolv filed for Chapter 11 bankruptcy protection in the District of Kansas on July 12, 2019. This action has remained stayed against Evolv since then pursuant to 11 U.S.C. § 362. Additionally, by Order of this Court dated November 26, 2019, this firm's representation of the Individual Defendants was terminated. On December 16, 2019, this Court also enlarged Plaintiff's time until February 21, 2020 for Plaintiff to move the Bankruptcy Court for leave to vacate the automatic stay. She has not yet done so.

Accordingly, Evolv writes with Plaintiff's consent to request adjournment of the status conference scheduled for January 10, 2020 until after either February 21, 2020 or when Plaintiff has notified this Court of the disposition of any motion made to the Bankruptcy Court.

Thank you for your consideration of this request.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*s/ Michael Nacchio*

Steven J. Luckner
Michael Nacchio

Atlanta • Austin • Birmingham • Bloomfield Hills • Boston • Charleston • Charlotte • Chicago • Cleveland • Columbia • Dallas • Denver • Greensboro
Greenville • Houston • Indianapolis • Jackson • Kansas City • Las Vegas • Los Angeles • Memphis • Miami • Minneapolis • Morristown • Nashville • New Orleans
Orange County • Philadelphia • Phoenix • Pittsburgh • Portland • Raleigh • St. Louis • St. Thomas • San Antonio • San Francisco • Tampa • Torrance • Tucson • Washington

A South Carolina Professional Corporation
Peter O. Hughes■ New Jersey Managing Shareholder

**Honorable Alvin K. Hellerstein**
*Govia v. Evolv et al.*
January 7, 2020

cc: Megan Goddard, Esq. (via ECF).

41333026.1

41338638.1