UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:  
DENITA GOVIA, :
: 
                                        Plaintiff, : **ORDER DISMISSING EVOLV**
   -against- : **SOLUTIONS LLC**
:
: 16 Civ. 7442 (AKH)
EVOLV SOLUTIONS LLC, CARESS :
GONZALEZ, ANTONIO GONZALEZ, DANIEL :
STROHMAN, ANDRES MORALES, :
:
                                       Defendants. :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On August 14, 2020, in the matter *In re Evolv Solutions, L.L.C.*, No. 19-21440-DLS, the Bankruptcy Court for the District of Kansas ordered that plaintiff in this action dismiss Evolv Solutions LLC. *See* Letter from Michael Nacchio (Sept. 24, 2020), Ex. A (attaching Bankruptcy Court order). Accordingly, all claims against Evolv Solutions LLC are hereby dismissed with prejudice. This action will continue against the individual defendants. Counsel for Evolv Solutions LLC need not attend the status conference scheduled for September 25, 2020. Plaintiff's letter motion for an adjournment, ECF No. 60, is denied as moot.

        The Clerk is directed to terminate Evolv Solutions LLC as a defendant and to close the open motion, ECF No. 60.

        SO ORDERED.

Dated:     September 24, 2020
             New York, New York

                                                          ALVIN K. HELLERSTEIN
                                                          United States District Judge