USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-29-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
DENITA GOVIA, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
-against- :
: 16 Civ. 7442 (AKH)
EVOLV SOLUTIONS LLC, CARESS :
GONZALEZ, ANTONIO GONZALEZ, DANIEL :
STROHMAN, ANDRES MORALES, :
:
Defendants. :
:
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On September 25, 2020, I held a status conference in the above-captioned matter. As indicated at the conference, the deadline for completion of fact discovery is extended to December 31, 2020. No further adjournments will be granted. The parties shall appear for a status conference on January 8, 2021, at 10:00 a.m.

      SO ORDERED.

Dated:    September 29, 2020
            New York, New York

                                                  ALVIN K. HELLERSTEIN
                                                United States District Judge