**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

DENITA GOVIA,

                             *Plaintiff*,

    - against –

EVOLV SOLUTIONS, LLC et al.,

                           *Defendants*.

**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

16 Civ. 7442 (AKH)

------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiff's motion to dismiss this matter without prejudice, ECF No. 66, is hereby granted. The Clerk is instructed to terminate civil case 16 Civ. 7442, and all open motions therein.

    SO ORDERED.

Dated:    January 15, 2021               /s/
              New York, New York      ALVIN K. HELLERSTEIN
                                           United States District Judge